# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 25-5099** | **September Term, 2025** |
| | 1:25-cv-00286-RCL |
| | 1:25-cv-00401-RCL |
| | 1:25-cv-00653-RCL |
| | **Filed On:** September 24, 2025 |

Jane Doe, et al.,

      Appellees

    v.

Pamela Bondi, in her official capacity as
Attorney General of the United States and
William K. Marshall, III, in his official capacity as
Director of the Federal Bureau of Prisons,

      Appellants

------------------------------

Consolidated with 25-5101, 25-5108, 25-5210, 25-5213, 25-5215, 25-5304, 25-5305, 25-5306

      **BEFORE:**    Srinivasan, Chief Judge, Pillard, Circuit Judge, and Randolph, Senior Circuit Judge

## O R D E R

      Upon consideration of the corrected motion of the Women's Liberation Front for leave to file a brief amicus curiae out of time, and the lodged brief amicus curiae; and the parties' joint request to supplement the appendix, and the lodged supplemental appendix, it is

      **ORDERED** that the motion for leave to file a brief amicus curiae out of time be denied. The Clerk is directed to note the docket accordingly. It is

      **FURTHER ORDERED** that the motion to supplement the appendix be granted. The Clerk is directed to file the lodged supplemental appendix.

**Per Curiam**

                                          **FOR THE COURT:**
                                          Clifton B. Cislak, Clerk

                           BY:    /s/
                                       Michael C. McGrail
                                       Deputy Clerk